UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
GLEN CRAIG,                           :   No. 1:24-cv-10048-ALC
                                      :
            *Plaintiff*,              :   **NOTICE OF DISMISSAL WITH**
                                      :   **PREJUDICE OF DEFENDANT THE**
v.                                    :   **NEW YORK TIMES COMPANY**
                                      :
NETWORK ENTERTAINMENT INC. et al.,    :
                                      :
            *Defendants*.             :
                                      :
------------------------------------- x

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Glen Craig hereby voluntarily dismisses the above-captioned action, *with prejudice*, against defendant The New York Times Company only. Solely as to each other, plaintiff and The New York Times Company bear their own fees and costs.

| | |
|---|---|
| Dated: April 23, 2025 | Respectfully submitted, |
| | PERKOWSKI LEGAL, PC |
| | By:   /s/ Peter Perkowski   |
| |          Peter E. Perkowski (#5934765) |
| | 515 S. Flower Street, Suite 1800 |
| | Los Angeles, CA 90071 |
| | Tel: (213) 340-5796 |
| | peter@perkowskilegal.com |
| | |
| | *Counsel for Plaintiff GLEN CRAIG* |

1