USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 04/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                                 :

GLEN CRAIG,                               :    No. 1:24-cv-10048-ALC

        *Plaintiff*,                    :    **NOTICE OF DISMISSAL WITH**
                                   :    **PREJUDICE OF DEFENDANT THE**
v.                                        :    **NEW YORK TIMES COMPANY**

NETWORK ENTERTAINMENT INC. et al.,  :

        *Defendants*.                :
------------------------------------- x

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Glen Craig hereby voluntarily dismisses the above-captioned action, *with prejudice*, against defendant The New York Times Company only. Solely as to each other, plaintiff and The New York Times Company bear their own fees and costs.

Dated: April 23, 2025

                                          Respectfully submitted,

                                          PERKOWSKI LEGAL, PC

                                          By:   /s/ Peter Perkowski
                                                  Peter E. Perkowski (#5934765)
                                          515 S. Flower Street, Suite 1800
                                          Los Angeles, CA 90071
                                          Tel: (213) 340-5796
                                          peter@perkowskilegal.com

                                          *Counsel for Plaintiff GLEN CRAIG*

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 29, 2025
New York, NY

1