UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
GLEN CRAIG,                    :   No. 1:24-cv-10048 (ALC) (SDA)
:
*Plaintiff*,          :
:
v.                             :
:
NETWORK ENTERTAINMENT INC. et al.,   :
:
*Defendants*.         :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION TO DISMISS APPLE INC. WITH PREJUDICE**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Glen Craig and defendant Apple Inc., by and through counsel, stipulate to dismiss the above-captioned action, with prejudice, against Apple Inc. only. Solely as to each other, plaintiff and Apple bear their own fees and costs.

IT IS SO STIPULATED.

Dated: May 14, 2025

| DAVIS WRIGHT TREMAINE LLP | PERKOWSKI LEGAL, PC |
|---|---|
| By: /s/ James Rosenfeld | By: /s/ Peter Perkowski |
| James Rosenfeld | Peter E. Perkowski |
| Celyra I. Myers | 515 S. Flower Street, Suite 1800 |
| 1251 Avenue of the Americas, 21st Floor | Los Angeles, CA 90071 |
| New York, New York 10020 | Tel: (213) 340-5796 |
| Tel: (212) 603-6445 | peter@perkowskilegal.com |
| jimrosenfeld@dwt.com | |
| celyramyers@dwt.com | *Counsel for Plaintiff Glen Craig* |
| | |
| *Counsel for Defendant Apple Inc.* | |

1