UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLEN CRAIG,

                        Plaintiff,

        -against-

NETWORK ENTERTAINMENT INC.,

                        Defendant.

24-cv-10048 (ALC)

**<u>ORDER OF DISCONTINUANCE</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within thirty (30) days.  All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:     April 3, 2026
           New York, New York

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**